IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA } S.S.
CLEVELAND COUNTY
**FILED**

JUN 29 2020

In the office of the
Court Clerk MARILYN WILLIAMS

| | |
|---|---|
| REINETA BATTLE, and<br>GREGORY BATTLE,<br><br>    Plaintiffs,<br><br>v.<br><br>WAL-MART STORES EAST, LP, a Foreign Limited<br>Partnership doing business as Wal-Mart and also known<br>as Wal-Mart #277,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: CJ-2020-643<br><br>**JURY TRIAL DEMANDED!**<br>**ATTORNEY LIEN CLAIMED** |

## PETITION

COMES NOW, Plaintiffs, Reineta Battle and Gregory Battle (collectively hereinafter referred to as "**Plaintiffs**"), for their causes of action against the Defendant, Wal-Mart Stores East, LP doing business as Wal-Mart and also known as Wal-Mart #277 hereby alleges and states as follows:

### I.
### PARTIES

1. Plaintiff, Reineta Battle ("**Mrs. Battle**") is an individual and a resident of Cleveland County, Oklahoma.

2. Plaintiff, Gregory Battle ("**Mr. Battle**") is an individual and a resident of Cleveland County, Oklahoma.

3. Defendant, Wal-Mart Stores East, LP, doing business as Wal-Mart, also known as Wal-Mart #277 ("**Wal-Mart**" or "**Defendant**"), is a foreign limited partnership that can be served by and through its registered service agent, The Corporation Company located at 1833 S. Morgan Road, Oklahoma City, OK 73128.

EXHIBIT 2

## II.
## JURISDICTION AND VENUE

4. Plaintiffs hereby incorporate by reference each and every previously pled paragraphs.

5. Jurisdiction and venue are proper in this court as the incidents and events which give rise to the causes of action of this Lawsuit occurred in Cleveland County, State of Oklahoma.

## III.
## STATEMENT OF FACTS

6. Plaintiffs hereby incorporate by reference each and every previously pled paragraphs.

7. On or about July 3, 2018, Plaintiffs were shopping at Wal-Mart, located 501 SW 19th Street, Moore, OK.

8. Defendant assumed a duty to maintain a safe premises.

9. Defendant had a duty to keep the premises in a reasonably safe condition so that members of the general public would not be injured.

10. On July 3, 2018, there existed a dangerous and defective condition on the premises which was not reasonably safe.

11. Mrs. Battle slip and fell because of a wet area on the premises of the aforementioned Wal-Mart.

12. There was not a wet floor sign where Mrs. Battle slipped and fell.

13. As a result of the slip and fall, Mrs. Battle was severely injured.

## IV.
## CAUSES OF ACTION
### A.
### FIRST CLAIMS
(NEGLIGENCE/PREMISES LIABILITY)

14. Plaintiffs hereby incorporate by reference each and every previously pled paragraphs.

15. On July 3, 2018, there existed a dangerous and defective condition on the premises the Wal-Mart at the aforementioned location which was not reasonably safe.

16. Wal-Mart was on notice of the dangerous condition and/or created the dangerous condition.

17. Wal-Mart, their agents, servants, and employees knew, or by using ordinary care should have known, of the defective, dangerous and/or hazardous conditions set forth above, and/or they created the dangerous and/or defective condition.

18. Wal-Mart failed to inspect the premises at a time when they knew, or should have known, that without said inspection persons, including Plaintiffs were likely to be injured

19. Wal-Mart failed to remove the hidden dangerous condition from the premises at a time when they knew, or should have known, that without removing said hidden dangerous condition that persons, including Plaintiffs were likely to be injured.

20. Wal-Mart failed to warn persons, including Mrs. Battle, of the hidden dangerous condition on the premises at a time when Wal-Mart knew, or should have known, that without said warning, persons, including Mrs. Battle, were likely to be injured.

21. Wal-Mart created a hazard known to Wal-Mart at a time when Wal-Mart knew or should have known that said hazard was likely to cause injuries to persons, including Mrs. Battle.

22. Wal-Mart failed to train and/or supervise its maintenance staff on the proper

3

procedures for keeping the premises in a reasonably safe condition at a time when Wal-Mart knew, or should have known, that without said training and/or supervision of its employees, persons, including Mrs. Battle were likely to be injured

23. Wal-Mart failed to use ordinary care to protect Mrs. Battle and other members of the public from the aforementioned dangers and unsafe conditions in one or more of the following respects, and was therefore negligent.

24. As a direct result of the negligence of Wal-Mart, Mrs. Battle was injured and suffered damages in the excess of the sum of Seventy-Five Thousand Dollars ($75,000.00). Mrs. Battle claims damages for the physical pain and suffering, past and future, mental pain and suffering, past and future; permanent injury, lost wages, loss of earning capacity and for the reasonable and necessary medical expenses, past and future; punitive damages; and attorney fees and costs.

WHEREFORE, the Plaintiff Reineta Battle prays for judgment against Wal-Mart in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), and for costs, attorney fees, and such further relief to which she is entitled.

## B.
### SECOND CLAIM
### (LOSS OF CONSORTIUM)

25. Plaintiffs hereby incorporate by reference each and every previously pled paragraphs.

26. Mr. Battle is the husband of Mrs. Battle.

27. Mr. Battle has and will be deprived of his wife's services, companionship and consortium as a result of the actions and/or inactions by the Defendant. Mr. Battle has been damaged in a sum in excess of $75,000.00.

WHEREFORE, Plaintiffs pray for judgment against Defendant in an amount in excess of $75,000.00, together with interest and costs of this action.

Respectfully Submitted,

*[signature]*

Charles T. Battle, OBA #22486
THE BATTLE LAW FIRM, PLLC
1415 NW 43rd Street
Oklahoma City, OK 73118
Telephone: (405) 420-0082
Facsimile: (405) 416-5492
Email: charles@battlelawfirmok.com
*ATTORNEY FOR PLAINTIFFS*
*REINETA AND GREGORY BATTLE*
